# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **CHARLES EDWARD GARY,** | ) | Civil Action No. 7:14-cv-00103 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **DR. LAWRENCE WANG,** | ) | By: Hon. Robert S. Ballou |
| Defendant. | ) | United States Magistrate Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Dr. Wang's motion for summary judgment is **GRANTED** and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

Enter: March 20, 2015

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge